IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RONNIE LEE OWEN,
 Petitioner,

vs.            Case No. 5:13cv3/LAC/EMT

PAIGE AUGUSTINE, WARDEN,
 Respondent.
_____/

**O R D E R**

  This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 26, 2013 (doc. 22). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the objections filed.

  Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

  Accordingly, it is now **ORDERED** as follows:

  1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

  2. The amended petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (doc. 10) is **DISMISSED** for lack of jurisdiction based upon Petitioner's failure to exhaust his administrative remedies prior to filing suit.

  **DONE AND ORDERED** this 23rd day of September, 2013.

               s/*L.A. Collier*
               **LACEY A. COLLIER**
               **SENIOR UNITED STATES DISTRICT JUDGE**